IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10385
Conference Calendar

_____


ARMANDO HERRERA SALCIDO,

Plaintiff-Appellant,

versus

JOHN W. STICKELS,

Defendant-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:96-CV-96-C
- - - - - - - - - - -
August 15, 1997

Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Armando Herrera Salcido (#553772), a state prisoner, has appealed the dismissal of his civil rights action as frivolous. Salcido contends that defendant, John W. Stickels, acted with deliberate indifference to his psychiatric condition. See Hare v. City of Corinth, 74 F.3d 633, 649-50 (5th Cir. 1996) (en banc). We have carefully reviewed the record and Salcido's brief, and conclude that the district court did not abuse its discretion in dismissing the complaint as frivolous.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Because the appeal is frivolous, it is DISMISSED. <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. R. 42.2. We caution Salcido that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions Salcido is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.